October 20, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

ASPEN PREMIER ASSETS, LTD., Appellant

NO. 14-11-00846-CV                V.

FRONTERA ENERGY, L.L.C., Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on September 30, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by ASPEN PREMIER ASSETS, LTD.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.